McGREGOR W. SCOTT
United States Attorney
JOHN F. GISLA, SB #42829
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2740

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYKEEPER & NATURAL RESOURCES DEFENSE COUNCIL,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. ARMY CORPS OF ENGINEERS; LT. GEN. CARL A. STROCK; COL. RONALD N. LIGHT; KEVIN J. ROUKEY; PORT OF STOCKTON; STOCKTON PORT DISTRICT,<br><br>    Defendants. | No: 2:06-CV-01908-FCD-GGH<br><br><br><br>FIRST JOINT STATUS REPORT; ORDER |

Pursuant to the Court's Order Requiring Joint Status Report filed on August 24, 2006, the parties submit this First Joint Status Report:

**1. Nature and Status of Case**

In August 2003, the Port of Stockton applied to the Corps of Engineers for a dredging permit to dredge seven docks at Rough and Ready Island at the Port of Stockton.  Three years later, on July 27, 2006, the Port of Stockton withdrew its permit application for this seven-dock project, and applied for a permit for a modified two-dock project that included only Docks 14 and 15. The Corps of Engineers prepared an Environmental Assessment (EA) and issued a Finding of No significant Impact (FONSI), and issued to the Port a dredging permit for the two-dock project.

1  Plaintiffs filed a Complaint alleging that NEPA required the preparation of an EIS rather than an
2  EA; and requesting injunctive relief. On September 20, 2006, the Court issued its Memorandum
3  And Order granting Plaintiffs' motion for a preliminary injunction. The Court's preliminary
4  injunction enjoined "further dredging adjacent to Docks 14 and 15" and stayed the Corps' permit
5  pending final resolution of the case on the merits. Memorandum And Order at 36.

**2. Status of Service: All defendants have been served.**

**3. Potential Resolution of Case**

The parties are attempting to resolve or narrow the issues in this case through negotiation and mediation. On October 26, 2006, the parties met with a JAMS mediator who is familiar with the NEPA issues relating to the original seven-dock project.

**4. Request To Extend Time**

The Court's Order Requiring Joint Status Report directed the parties to file a Joint Status Report within 60 days after service of all defendants. Service was completed on about August 30, 2006. The Joint Status Report is therefore due on about October 30, 2006.

In order to give the parties sufficient time in which to attempt resolution of the issues set out above, the parties request that the Court give the parties until January 15, 2007 to file a Second Joint Status Report advising the Court regarding the status of resolution, and if the parties are unable to resolve the case, the other matters set forth in the Court's Order requiring joint status report.

DATED: October 30, 2006           McGREGOR W. SCOTT
                                  United States Attorney


                              By:    /s/ John F. Gisla
                                  JOHN F. GISLA
                                  Assistant United States Attorney
                                  Attorneys for the United State

DATED: October 30, 2006           BINGHAM McCUTCHEN LLP


                              By:    /s/ Barbara J. Schussman
                                  BARBARA J. SCHUSSMAN
                                  Attorneys for Defendant Port of Stockton

DATED: October 30, 2006          SHUTE MIHALY & WEINBERGER LLP

By:    /s/ Robert S. Perlmutter
ROBERT S. PERLMUTTER
Attorneys for Plaintiff Baykeeper

DATED: October 30, 2006          NATURAL RESOURCES DEFENSE COUNCIL

By:    /s/ Melissa C. Lin Perrella
MELISSA C. LIN PERRELLA
Attorneys for Plaintiff NRDC

### ORDER

Pursuant to the foregoing First Joint Status Report, the court sets a status conference for Friday, January 26, 2007 at 10:00 a.m. in Courtroom #2. The parties shall file a Second Joint Status Report by January 15, 2007.

DATED: November 29, 2006

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE