ROBERT S. PERLMUTTER (SBN 183333)
SHERIDAN J. PAUKER (SBN 234817)
SHUTE MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, California 94102
Telephone: (415) 552-7272
Facsimile: (415) 5525816
Email:  perlmutter@smwlaw.com
Email:  pauker@smwlaw.com
Attorneys for Plaintiff
BAYKEEPER and its Deltakeeper Chapter

MELISSA C. LIN PERRELLA  (SBN 205019)
NATURAL RESOURCES DEFENSE COUNCIL
1314 Second Street
Santa Monica, CA 90401
Tel: (310) 434-2300
Fax: (310) 434-2399
Email:  mlinperrella@nrdc.org
Attorneys for Plaintiff
NATURAL RESOURCES DEFENSE COUNCIL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYKEEPER and its Deltakeeper Chapter, and NATURAL RESOURCES DEFENSE COUNCIL,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>U.S. ARMY CORPS OF ENGINEERS; LT. GEN. CARL A. STROCK, in his official capacity, Chief of Engineers and Commanding General, U.S. Army Corps of Engineers; COL. RONALD N. LIGHT, in his official capacity, District Engineer, Sacramento District, U.S. Army Corps of Engineers; KEVIN J. ROUKEY, in his official capacity as Chief, Central California/Nevada Section, U.S. Army Corps of Engineers; PORT OF STOCKTON; STOCKTON PORT DISTRICT,<br><br>　　　Defendants. | CASE NO. 2:06-CV-01908-FCD-GGH<br><br>**ORDER**<br><br>Status Conf:　January 26, 2007<br>Time:　　　　10:00 a.m.<br>Courtroom:　2<br>Judge:　　　 Hon. Frank C. Damrell, Jr.<br><br>Action Filed: August 24, 2006 |

///

Pursuant to the Court's November 30, 2006 order, the parties submit this Second Joint Status Report and Proposed Order:

**1.     Nature and Status of Case**

In August 2003, the Port of Stockton applied to the U.S. Army Corps of Engineers for a dredging permit to dredge seven docks at Rough and Ready Island at the Port of Stockton.  Three years later, on July 27, 2006, the Port of Stockton withdrew its permit application for this seven-dock project, and applied for a permit for a modified two-dock project that included only Docks 14 and 15.  The Corps of Engineers prepared an Environmental Assessment (EA) and issued a Finding of No Significant Impact (FONSI), and issued to the Port a dredging permit for the two-dock project.  Plaintiffs filed a Complaint alleging that the National Environmental Policy Act (NEPA) required the preparation of an EIS rather than an EA; and requesting injunctive relief.  On September 20, 2006, the Court issued its Memorandum and Order granting Plaintiffs' motion for a preliminary injunction.  The Court's preliminary injunction enjoined "further dredging adjacent to Docks 14 and 15" and stayed the Corps' permit pending final resolution of the case on the merits.  Memorandum and Order at 36.

**2.     Status of Service:**  All defendants have been served.

**3.     Potential Resolution of Case**

As indicated in the First Joint Status Report, the parties are attempting to resolve or narrow the issues in this case through negotiation and mediation.  On October 26, 2006, the parties met with a JAMS mediator who is familiar with the NEPA issues relating to the original seven-dock project.  After some initial progress, the parties' talks stalled.  On December 12, 2006, however, the California Third District Court of Appeal issued an unpublished decision in the related state law case between plaintiffs and the Port of Stockton defendants, <u>Deltakeeper v. Port of Stockton</u>, No. C050636.  The Court of Appeal reversed the trial court's denial of plaintiffs' motion to augment the administrative record and directed the lower court to reconsider the merits of the case with the properly augmented record.  Shortly thereafter, the parties reinitiated settlement discussions and set a two-day mediation session for January 22 and 23, 2007, the earliest dates available

1  to all parties and the mediator.

2  By the end of that mediation session, the parties anticipate that they will be
3  in a position to determine whether this case is likely to settle and the likely timing of any
4  such settlement. Accordingly, the parties propose to report to the Court on the status of
5  settlement discussions at the January 26, 2007 status conference. The parties further
6  propose that a subsequent status conference be set for some time in mid-March.

7  Additionally, counsel for plaintiff Natural Resources Defense Council,
8  Melissa Lin Perrella, requests permission to attend the January 26, 2007 status conference
9  by telephone. Melissa Lin Perrella works in Santa Monica, California.

Dated: January 17, 2007    SHUTE, MIHALY & WEINBERGER LLP

By:    /s/ Robert S. Perlmutter
      ROBERT S. PERLMUTTER

Attorneys for Plaintiff
BAYKEEPER and its Deltakeeper Chapter

Dated: January 16, 2007    NATURAL RESOURCES DEFENSE COUNCIL

By:  s/ Melissa C. Lin Perrella (as authorized on 01/16/07)
      MELISSA C. LIN PERRELLA

Attorneys for Plaintiff
NATURAL RESOURCES DEFENSE COUNCIL

Dated: January 16, 2007    McGREGOR W. SCOTT
United States Attorney

By: /s/John F. Gisla  (as authorized on 01/16/07)
      JOHN F. GISLA

Assistant United States Attorney
Attorneys for the UNITED STATES

Dated: January 16, 2007    BINGHAM McCUTHCHEN LLP

By: /s/ Barbara J. Schussman (as authorized on 01/16/07)
      BARBARA J. SCHUSSMAN

Attorneys for Defendants
PORT OF STOCKTON and STOCKTON PORT DISTRICTS

Case 2:06-cv-01908-FCD-GGH   Document 58   Filed 01/17/07   Page 4 of 4

## ORDER

Pursuant to the foregoing January 16, 2007, Joint Status Report, the Court VACATES the status conference set for January 26, 2007 and sets a further status conference for March 30, 2007 at 10:00 a.m. in Courtroom #2. The parties shall file a Joint Status Report by March 20, 2007.

DATED: January 17, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE