ROBERT S. PERLMUTTER (SBN 183333)
SHERIDAN J. PAUKER (SBN 234817)
SHUTE MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, California 94102
Telephone: (415) 552-7272
Facsimile: (415) 552-5816
Email: perlmutter@smwlaw.com
Email: pauker@smwlaw.com
Attorneys for Plaintiff
BAYKEEPER and its Deltakeeper Chapter

MELISSA C. LIN PERRELLA (SBN 205019)
NATURAL RESOURCES DEFENSE COUNCIL
1314 Second Street
Santa Monica, CA 90401
Tel: (310) 434-2300
Fax: (310) 434-2399
Email: mlinperrella@nrdc.org
Attorneys for Plaintiff
NATURAL RESOURCES DEFENSE COUNCIL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYKEEPER and its Deltakeeper Chapter, and NATURAL RESOURCES DEFENSE COUNCIL,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. ARMY CORPS OF ENGINEERS; LT. GEN. CARL A. STROCK, in his official capacity, Chief of Engineers and Commanding General, U.S. Army Corps of Engineers; COL. RONALD N. LIGHT, in his official capacity, District Engineer, Sacramento District, U.S. Army Corps of Engineers; KEVIN J. ROUKEY, in his official capacity as Chief, Central California/Nevada Section, U.S. Army Corps of Engineers; PORT OF STOCKTON; STOCKTON PORT DISTRICT,<br><br>Defendants. | CASE NO. 2:06-CV-01908-FCD-GGH<br><br>**THIRD JOINT STATUS REPORT; ORDER**<br><br>Status Conf: March 30, 2007<br>Time: 10:00 a.m.<br>Courtroom: 2<br>Judge: Hon. Frank C. Damrell, Jr.<br><br>Action Filed: August 24, 2006 |

Third Jt Status Report; [Prop] Order
Case No. 2:06-CV-01908-FCD-GGH

Pursuant to the Court's January 17, 2007 order, the parties submit this Third Joint Status Report and Proposed Order:

**1.   Nature and Status of Case**

In August 2003, the Port of Stockton applied to the U.S. Army Corps of Engineers for a dredging permit to dredge seven docks at Rough and Ready Island at the Port of Stockton. Three years later, on July 27, 2006, the Port of Stockton withdrew its permit application for this seven-dock project, and applied for a permit for a modified two-dock project that included only Docks 14 and 15. The Corps of Engineers prepared an Environmental Assessment ("EA") and issued a Finding of No Significant Impact ("FONSI"), and issued to the Port a dredging permit for the two-dock project. Plaintiffs filed a Complaint alleging that the National Environmental Policy Act ("NEPA") required the preparation of an Environmental Impact Statement ("EIS") rather than an EA; and requesting injunctive relief. On September 20, 2006, the Court issued its Memorandum and Order granting Plaintiffs' motion for a preliminary injunction. The Court's preliminary injunction enjoined "further dredging adjacent to Docks 14 and 15" and stayed the Corps' permit pending final resolution of the case on the merits. Memorandum and Order at 36.

**2.   Status of Service:** All defendants have been served.

**3.   Potential Resolution of Case:** As indicated in the prior status reports, the parties are attempting to resolve or narrow the issues in this case through negotiation and mediation. Most recently, the parties held a two-day mediation session with a JAMS mediator on January 22 and 23, 2007. Counsel for the Port of Stockton are in the process of scheduling a closed session with the Port's Board of Commissioners to discuss a counter-offer to the Plaintiffs' last proposal.

---

Third Jt Status Report; [Prop] Order
Case No. 2:06-CV-01908-FCD-GGH                 1

4.      **Contemplated Amendments:** If this case does not settle, Plaintiffs may seek a stipulation or leave to amend to add additional claims against Defendants U.S. Army Corps of Engineers and its officials ("Corps") for: (1) violating the Clean Water Act, 33 U.S.C. § 1251 et seq and 40 C.F.R. § 230.10(a), by failing to identify the Least Environmentally Damaging Practicable Alternative ("LEDPA") for the dredging project; and (2) violating the Endangered Species Act, 16 U.S.C. § 1531 et seq ("ESA"), and the Administrative Procedure Act, 5 U.S.C. § 701 et seq ("APA"), by its arbitrary and capricious reliance on an inadequate biological opinion from the National Marine Fisheries Service ("NMFS") and inadequate ESA consultation by the United States Fish and Wildlife Service ("USFWS"). If Plaintiffs add these additional ESA and APA claims against the Corps, they would also assert analogous claims against NMFS and USFWS.

5.      **Statutory Basis for Jurisdiction and Venue:** This Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 because it arises under the laws of the United States, 5 U.S.C. §§ 701 *et seq.* and 42 U.S.C. § 4321 *et seq.*, and pursuant to 28 U.S.C. § 1361 because the suit is brought against an officer of the United States. Venue is proper in this District under 28 U.S.C. §§ 1391(b), (c), & (e) because the headquarters of the Corps' Sacramento District is located in this District, the Port is located within this District, and the Project site is located within this District.

6.      **Contemplated Motions:** If this case does not settle, Plaintiffs intend to bring a motion asking the Court to modify its preliminary injunction to enjoin the Port from using Dock 15 to accommodate deep-draft commercial ships that could not berth at this dock but for the dredging that this Court found was undertaken in likely violation of NEPA. Unless the parties are able to reach a negotiated resolution of the issue, Plaintiffs' also anticipate bringing a motion for their attorneys' fees under the Equal Access to Justice Act, for their successful efforts in obtaining a preliminary injunction in this case.

7. **Preparation of Environmental Impact Statement**: Defendants have indicated that in light of this Court's determination that the Corps had likely violated NEPA by issuing the dredge and fill permit without preparing an EIS, they do not intend to contest the need to prepare an EIS in this case. Instead, Defendants intend to prepare an EIS in accordance with NEPA's requirements. Defendants estimate that it is likely to take at least an additional 6-12 months to prepare the draft EIS. The parties anticipate that, with the exception of the potential motions described in paragraph 6 above, and in the absence of presently unforeseen events or circumstances, no further action will be required by the Court in this case prior to Defendants' completion of the EIS.

8. **Further Status Conference**: The parties respectfully request that the Court schedule a subsequent status conference in this case for some time after August 1, 2007.

9. **Participation in Status Conference by Telephone**: If the Court does not vacate the status conference on March 30, 2007, counsel for plaintiff Natural Resources Defense Council, Melissa Lin Perrella, requests permission to attend the status conference by telephone. Melissa Lin Perrella works in Santa Monica, California.

Dated: March 20, 2007          SHUTE, MIHALY & WEINBERGER LLP

                               By:     /s/ Robert S. Perlmutter
                                       ROBERT S. PERLMUTTER
                               Attorneys for Plaintiff
                               BAYKEEPER and its Deltakeeper Chapter

Dated: March 20, 2007          NATURAL RESOURCES DEFENSE COUNCIL

                               By:  s/ Melissa C. Lin Perrella (as authorized on 03/20/07)
                                       MELISSA C. LIN PERRELLA
                               Attorneys for Plaintiff
                               NATURAL RESOURCES DEFENSE COUNCIL

Third Jt Status Report; [Prop] Order
Case No. 2:06-CV-01908-FCD-GGH          3

| | | |
|---|---|---|
| 1 | Dated: March 20, 2007 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | | |
| 3 | | By: /s/John F. Gisla (as authorized on 03/20/07)<br>JOHN F. GISLA |
| 4 | | |
| 5 | | Assistant United States Attorney<br>Attorneys for the UNITED STATES |
| 6 | | |
| 7 | Dated: March 20, 2007 | BINGHAM McCUTCHEN LLP |
| 8 | | |
| 9 | | By: /s/ Barbara J. Schussman (as authorized on 03/20/07)<br>BARBARA J. SCHUSSMAN |
| 10 | | Attorneys for Defendants<br>PORT OF STOCKTON and STOCKTON PORT DISTRICTS |

### ORDER

Pursuant to the foregoing March 20, 2007, Joint Status Report, the Court VACATES the status conference set for March 30, 2007, and sets a further status conference for __August 24,_____, 2007 at         at 10:00 a.m. in Courtroom #2. The parties shall file a Joint Status Report by __August 14___, 2007.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

P:\DELTA\404\rsp048 third joint status report.wpd

---

Third Jt Status Report; [Prop] Order
Case No. 2:06-CV-01908-FCD-GGH                4