ROBERT S. PERLMUTTER (SBN 183333)
SHUTE MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, California 94102
Telephone: (415) 552-7272
Facsimile: (415) 5525816
Email: perlmutter@smwlaw.com
Attorneys for Plaintiff
BAYKEEPER

DAVID PETTIT (SBN 67128)
MELISSA C. LIN PERRELLA (SBN 205019)
NATURAL RESOURCES DEFENSE COUNCIL
1314 Second Street
Santa Monica, CA 90401
Tel: (310) 434-2300
Fax: (310) 434-2399
Email: dpettit@nrdc.org
Email: mlinperrella@nrdc.org
Attorneys for Plaintiff
NATURAL RESOURCES DEFENSE COUNCIL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYKEEPER and its Deltakeeper Chapter, and NATURAL RESOURCES DEFENSE COUNCIL,<br><br>        Plaintiffs,<br><br>vs.<br><br>U.S. ARMY CORPS OF ENGINEERS; LT. GEN. CARL A. STROCK, in his official capacity, Chief of Engineers and Commanding General, U.S. Army Corps of Engineers; COL. RONALD N. LIGHT, in his official capacity, District Engineer, Sacramento District, U.S. Army Corps of Engineers; KEVIN J. ROUKEY, in his official capacity as Chief, Central California/Nevada Section, U.S. Army Corps of Engineers; PORT OF STOCKTON; STOCKTON PORT DISTRICT,<br><br>        Defendants. | CASE NO. 2:06-CV-01908-FCD-GGH<br><br>**STIPULATION AND ORDER RE DISMISSAL**<br><br>Date:         August 17, 2007<br>Time:        11:00 a.m.<br>Courtroom: 2<br>Judge:       Hon. Frank C. Damrell, Jr.<br><br>Action Filed: August 24, 2006 |

IT IS HEREBY STIPULATED by and between the parties to this action through their counsel that the preliminary injunction in the above-captioned action ("Action") be dissolved and that the Action be dismissed with prejudice, pursuant to FRCP 41(a)(1), provided that the Court shall retain jurisdiction to enforce the settlement agreement entered into between Plaintiffs Baykeeper and NRDC and the United States of America on behalf of defendant U.S. Army Corps of Engineers ("Settlement Agreement"). A copy of this Settlement Agreement is attached hereto as Exhibit 1 and incorporated herein by this reference.

Dated: August 16, 2007   SHUTE, MIHALY & WEINBERGER LLP

By: _____/s/ Robert S. Perlmutter_____
ROBERT S. PERLMUTTER

Attorneys for Plaintiff
BAYKEEPER

Dated: August 16, 2007   NATURAL RESOURCES DEFENSE COUNCIL

By: __/s/ David Pettit__ (as authorized on 08/16/07)
DAVID PETTIT

Attorneys for Plaintiff
NATURAL RESOURCES DEFENSE COUNCIL

Dated: August 16, 2007   McGREGOR W. SCOTT
United States Attorney

By: /s/John F. Gisla  (as authorized on 08/16/07)
JOHN F. GISLA

Assistant United States Attorney
Attorneys for the UNITED STATES

1  Dated: August 16, 2007          BINGHAM McCUTCHEN LLP

2

3                                  By: /s/ Barbara J. Schussman (as authorized on 08/16/07)
                                       BARBARA J. SCHUSSMAN
4
                                   Attorneys for Defendants
5                                  PORT OF STOCKTON and STOCKTON PORT
                                   DISTRICTS
6

7     **IT IS SO ORDERED**

8

9  DATED: August 16, 2007

10
                                   _____
11                                 FRANK C. DAMRELL, JR.
                                   UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order re Dismissal
Case No. 2:06-CV-01908-FCD-GGH          2